IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CAROL JEAN DIMOCK,<br><br>      Plaintiff,<br><br>vs.<br><br>ETHICON, INC., et al.,<br><br>      Defendant. | ORDER ADOPTING<br>REPORT & RECOMMENDATION<br><br><br><br>Case No. 2:15-mc-819-TC-BCW |

   On November 19, 2015, Plaintiff Carol Jean Dimock filed a Motion to Quash or, in the Alternative, For a Protective Order (ECF No. 2) ("Motion to Quash"). On January 11, 2016, United States Magistrate Judge Brooke Wells issued a Report and Recommendation (R&R) on the motion. (See ECF No. 15.) In the R&R, Judge Wells recommends that the court deny part of the motion and grant part of the motion. (Id. at 1.)

   Objections to the R&R were due no later than January 25, 2016. (Id. at 7.) But no objections have been filed. The court has reviewed the R&R and hereby adopts it as the order of this court.

   Accordingly, the Motion to Quash is GRANTED IN PART AND DENIED IN PART. Specifically, for the reasons set forth in the R&R, Dr. Norton's request to quash the subpoena is denied, and Dr. Norton's request for a protective order is granted in part and denied in part as laid out in the R&R. Because the R&R and this order resolve this miscellaneous matter, the

Clerk of the Court is directed to close the case.

SIGNED this 1st day of February, 2016.

BY THE COURT:

*[signature: Tena Campbell]*

TENA CAMPBELL
U.S. District Court Judge